**Electronically Filed
Supreme Court
SCWC-11-0000785
10-MAY-2013
08:05 AM**

SCWC-11-0000785

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SONNY ATTAGUILE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000785; 2DTC-11-000602)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Sonny Attaguile's

application for writ of certiorari, filed April 12, 2013, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 10, 2013.

/s/ Mark E. Recktenwald

Lianne M. Aoki
for the petitioner                /s/ Paula A. Nakayama

Artemio C. Baxa                   /s/ Simeon R. Acoba, Jr.
For the respondent
                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

